**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: April 26, 2006

DIGITAL RECORDING: 11:14 - 11:23

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☒ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: CHARLES S. COODY
DEPUTY CLERK: WANDA STINSON
CASE NO.: 2:06CR89-WKW-CSC
DEFT. NAME: FREEMAN STEVENSON, JR.
USA: TODD BROWN
ATTY: Ann Borelli
USPTSO/USPO: Kim Thweatt / Trammer Martin
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (☒) CDO
Defendant ___ does ___ does NOT need an interpreter; NAME ___

- √ Kars. — Date of Arrest 4/27/06 or ☐ karsr40
- √ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☒ Finaff. — Financial Affidavit executed ☐ to be obtained by PTS; ☒ ORAL Motion for Appt. Of Counsel.
- ☒ koappted — ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained ___
- ☐ Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ DETENTION HRG ☐ held; ☐ set for ___ ; ☐ Prelim. Hrg ☐ Set for ___
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☒ kocondrls. — Release order entered. ☒ Deft. advised of conditions of release.
- ☒ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $ 25,000.00 Deft released (kloc LR)
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- √ Karr. — ARRAIGNMENT SET FOR: ___ ☒ HELD. Plea of NOT GUILTY entered.
- ☒ Trial Term 10/16/06 ; ☐ PRETRIAL CONFERENCE DATE: ___
- ☒ DISCOVERY DISCLOSURES DATE: 4/27/06
- ☐ Krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for ___
- ☒ Kwvspt — **Waiver of Speedy Trial Act Rights Executed.**