COURTROOM DEPUTY MINUTES          DATE :   AUGUST 16, 2006

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED:   1:02 p. m. to 1:06 p.m.

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR89-WKW-CSC     **DEFENDANT NAME:** FREEMAN STEVENSON

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. CHRISTOPHER SNYDER | ATTY. ANNE E. BORELLI |

√   **DISCOVERY STATUS:** Complete.

_____
_____

√   **PENDING MOTION STATUS:**   Motion to Suppress.  Hrg. set for 9/14/06 at 9:00 a.m.

_____

☐   **PLEA STATUS:**

_____
_____

√   **TRIAL STATUS:**   Case will take 1 day for trial.

_____

☐   **REMARKS:**

_____