IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:06CR89-WKW |
| | ) | |
| FREEMAN STEVENSON, JR. | ) | |
| | ) | |

**ORDER**

Upon consideration of the *Motion to Continue Evidentiary Hearing* (doc. #26) filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED** and that the evidentiary hearing now set for **September 14, 2006** be and is hereby **CONTINUED** to **September 18, 2006** at **10:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 7th day of September, 2006.

　　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE