VOLUNTARY STATEMENT FORM
MONTGOMERY POLICE DEPARTMENT

DIV: Detective    BUREAU: Property    DATE: 9/5/05

NAME: Andre Smith                           AGE: 15 SEX/RACE: M/B
ADDRESS: 674 West Jeff Davis                PHONE: 356-3549

CONCERNING: Burglary 3rd

LOCATION OF INTERVIEW  PAB: YES NO (SPECIFY): 674 West Jeff Davis

STATEMENT TAKEN BY: Corporal C. J. Coughlin, #1008

Beginning time 2311 Hours.

Q: Could you state your name for me sir?
A: Andre Smith.

Q: Mr. Smith, are you familiar with your neighbor, right next door?
A: Yes, sir.

Q: At, she, what's the address right next door, do you know?
A: No, sir.

Q: 678 West Jeff Davis. Okay, what's her name? Do you know the victim?
A: I know the lady. Her name, the lady who passed, her name was Jessica.

Q: And you know...
A: Her, her...

Q: ...Jamica Brown, her daughter?
A: Yes, sir.

Q: Okay, did you see someone breaking into her house and taking any property from them?
A: Yes, sir.

Q: Okay, go ahead and tell me what you saw?
A: I seen, the, the first day I seen 'em, it was like a old raggedy truck came and a man was coming off the porch with a crowbar.

Q: Uh-huh.
A: And they had loaded some stuff onto the truck and I asked did they, what they was doing in the house and they said paid for the furniture.

Q: Uh-huh.
A: And then I came in the house and then the next day...

Q: Okay, what day was that?
A: It was Friday.

Q: Okay, that was Friday. What time of day was it?
A: It was about 8:00...

Q: In...
A: ...about 8:30.

Q: ...in the morning or at night?
A: At night.

Q: About 8:30 at night?
A: Yes, sir.

Q: What'd the guy look like with the crowbar?
A: He was, he had on a hat and he was bout, he was bout, I'll say he bout 6 feet.

Q: How...
A: And he was, he was dark skinned. I couldn't really see his face.

Q: Uh-huh.
A: In the dark but he was bout 6 feet.

Q: Did you know his name or his nickname?
A: No, not that one.

Q: Not him?
A: Not him.

Q: Okay, was there anyone else with him?
A: Yes, sir.

Q: Who else was with him?
A: The man named Poncho.

Q: And who's Poncho?
A: He's a man. He was, actually he's a man that ride the street...

Q: Uh-huh.
A: ...and sell drugs.

Q: Okay, and what's he look like?
A: He's, he bout my complexion.

Q: You say about medium complexion?
A: Bout medium complexion. He bout 6'2", 6'1".

Q: Uh-huh.
A: And he wear, and he, he had a br, plaits in his head.

Q: What color is his hair?
A: His hair is like a sandy, like a salt and pepper color.

Q: About how old do you think he is?
A: He bout, he between his, his late 30's and, or his early 40's.

Q: Is he a black male?
A: Yes, sir.

Q: And was anyone else with him?
A: The man that was in the truck.

Q: Did you get a good look at him?
A: No, sir.

Q: Is it, it was another black male adult?
A: Yes, sir.

Q: Okay, so you saw them...
A: That was the first...

Q: ...the guy with the...
A: ...that's the first night.  That was...

Q: Okay, that was on Friday, right?
A: And the, then Saturday morning when we woke up, they was over there. And he had some more cars but I ain't go over there.

Q: Okay.
A: Cause he had told me Friday night that he paid for the furniture.

Q: Uh-huh.
A: And stuff and I just been seeing him coming out the house with it.

Q: Okay, what, did Poncho have a vehicle?
A: Yes, sir.

Q: Describe his vehicle for me.
A: He got, he got a F150 truck with spinners on it with a, a shutdown trunk on the back of his truck.

Q: The pickup truck, the hard lid that close?
A: And its champagne colored.

Q: And its got spinner wheels?
A: Yes, sir.

Q: Okay, you thought you, the same three people keep coming back, everyday?
A: It ain't the same peo, it was just two the first day.  Then the second day, it was like everyday went by, it was like more people was coming.

Q: Uh-huh.

A: But Poncho was getting most of the furniture on his truck and hauling it off and come right back. And he'll stick a key in the door. They said he was faking but he ain't, he ain't have no key to the house. He was faking but when we went in the house today, the board off the door was tore in.

Q: Okay.

A: So he just been sticking it in there and jerking on it and acting like its locked and stuff.

Q: Okay, do you have anything else to add to your statement, anything I might not've of asked you that might be important to this investigation?

A: (Inaudible) saying that a boy told me that he like to kill people. He send people out to kill 'em. I just don't want my life in danger over this.

Q: Okay.

Ending time 2315 Hours.