VOLUNTARY STATEMENT FORM
MONTGOMERY POLICE DEPARTMENT

DIV: Detective        BUREAU: Property              DATE: 9/5/05

NAME: Thula Smith                              AGE: 34 SEX/RACE: F/B
ADDRESS: 674 West Jeff Davis                   PHONE: 356-3549

CONCERNING: Burglary 3rd Degree

LOCATION OF INTERVIEW  PAB: YES NO (SPECIFY): 674 West Jeff Davis

STATEMENT TAKEN BY: Corporal C. J. Coughlin, #1008

Beginning time 2320 Hours.

Q: Ms. Smith, can you state your name for me, please?
A: Thula Smith.

Q: Alright. Thula, earlier the police came out and took a report from you, is that correct?
A: Yes, sir.

Q: Okay. Apparently, your, your neighbor got burglarized.
A: Uh-huh.

Q: Could you describe to me what you saw?
A: When I came out, I seen a white car. I don't know, exactly know what kind of car it was, but it was parked in front of my neighbor's house, three, they pulled up in front of my neighbor's house. Three guys got out. They went in the house and they started bringing out chairs first. They brought like two chairs, went back in, got a table, sat the table on top of the car, went back again, and came out with two more chairs, and they did this in less than 5 minutes, jumped in the car, and I told my daughter to get a pencil so we can get the tag number, but instead of them driving past my house, they backed up and went down Adeline Street.

Q: And when was this?
A: It was about 9:17...

Q: Tonight?
A: ...about 9:15 tonight, yeah.

Q: Okay. And had you noticed anything else at this residence...
A: Yeah.

Q: ...before today?
A: Yesterday I did see a champagne color F150 Pickup truck with a, it had like a hard top covering the bed of the truck and had some spinners on it, but one of the spinners was missing on the driver's side on the front and a guy was sitting in there, and I asked him, I said you moving in there. He said no, cause he was just parked right there. He didn't have any furniture or anything, but he was just parked, and that was it.

Q: Okay. Can you identify that man if we showed you a photographic lineup with him in it?
A: I probably could. I mean I really didn't look at him that good cause he was, he had, he was halfway in his truck you know and he was bending down doing stuff.

Q: Did your son say he knew his street name?
A: Yeah, he did.

Q: Did he call him Poncho?
A: Yeah.

Q: He's on, supposedly a character from the neighborhood. Have you ever seen him before?
A: I've never seen him before.

Q: Okay. But have you ever seen the truck before?
A: I never really paid attention to say I seen it before. It probably has you know been pass, but I just never paid attention to say okay I seen that before.

Q: Okay. Could you describe Poncho for me?
A: He was kind of, he was like a slim guy. I can't tell you exactly how tall he was cause he was halfway in and out his truck.

Q: Uh-huh.
A: I know he had a, his hair was plaited up.

Q: Uh-huh.
A: You know had a little length about two inches long and you know brown, medium brown skin, had a little gray in his hair not a lot, but that was most I could see, slim face.

Q: Okay. Do you have anything else to add to your statement that could help us in this investigation?
A: No, that's basically it.

Q: Okay.
Ending time 2322 Hours.

AC/B5181                                              Page 2 of 2

000073