IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR89-WKW |
| | ) | |
| FREEMAN STEVENSON, JR. | ) | |

## **ORDER**

Upon consideration of the motion to modify conditions of release (doc. # 34) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 19th day of September, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE