# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | | |
|---|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | AT | MONTGOMERY, ALABAMA | |
| **DATE COMMENCED:** 9/18/06 | AT | 10:00 a.m. To 11:55 a.m. | |
| **DATE COMPLETED:** 9/18/06 | AT | Digital Recorded | |

UNITED STATES OF AMERICA     *
                             *
    Plaintiff           *
                             *
VS.                          *     CASE NO.: 2:06CR89-WKW-CSC
                             *
FREEMAN STEVENSON            *
                             *
    Defendant           *

| **GOVERNMENT** | **APPEARANCES:** | **DEFENDANT** |
|---|---|---|
| Atty. Christopher Snyder | * | Atty. Anne E. Borelli |
| | * | Atty. Christine Freeman |

### COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY**: WANDA STINSON      **LAW CLERK**: CORRIE LONG

**COURT REPORTER**: JAMES DICKENS

( X ) OTHER PROCEEDINGS: **MOTION HRG. ON MOTION TO SUPPRESS**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Suppression Hrg. - 06cr89-WKW-CSC |
| **Date** | 9/18/2006 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:00:06 AM | Court | Court convenes; partis present as noted; |
| 10:00:15 AM | Atty. Borelli | Addresses the court as to readiness to proceed; Defense subpoenaed several witnesses that are not present; Move to compel to get them here; |
| 10:00:26 AM | Court | Were the subpoenas not served? |
| 10:00:31 AM | Atty. Borelli | They were served on the 14th of Sept to the police dept, they were all police officers; |
| 10:00:41 AM | Court | Did you have any contact with police depart at all about those subpoenas; |
| 10:00:47 AM | Atty. Borelli | The subpoenas were served at the police dept; |
| 10:00:49 AM | Court | Have you had contact this morning about them; |
| 10:00:52 AM | Atty. Borelli | No. |
| 10:00:59 AM | Court | Is that unusual Ms. Freeman? |
| 10:01:01 AM | Atty. Freeman | Addresses the court; There are two other officers that we subpoenaed and the Govt. also subpoenaed that are present; |
| 10:01:14 AM | Atty. Snyder | Addresses the court as to the officers present; |
| 10:01:32 AM | Atty. Borelli | Addresses the court as to one of the officers present who was reponsible for the inventory search; |
| 10:01:38 AM | Court | Will one of contact the police dept and see if we can find out what the situation is and we can go ahead with the witnesses that are here; Who has the burden in this case? |
| 10:02:05 AM | Atty. Snyder | Believe its the deft; |
| 10:02:09 AM | Atty. Borelli | Believes its the Govt. |
| 10:02:13 AM | Court | Response regarding the briefs; The Govt. admits that there was no probable cause for the stop; It's the Govt. that has the burden; |
| 10:02:45 AM | Atty. Sndyer | Addresses the court as to how it wish to proceed; The Govt. will proceed first with officers; |
| 10:02:58 AM | Court | Lets proceed on that then; |
| 10:03:01 AM | Atty. Borelli | Defense would like to Invoke the rule; |
| 10:03:03 AM | Court | Witnesses in this proceedings are excused to wait outside the courtroom until called to testify; |
| 10:03:28 AM | Atty. Synder | Calls Officer Lance Gambrel; witness is sworn and seated; Discussion as to alleged incident of Sept 5, 2005 - burglary; Discussion and review of Govt. Exhs # 1 & 2 - Statements by witnesses; Move to admit Govt. Exhs. 1 & 2; |
| 10:10:35 AM | Atty Borelli | Objection - witness did not testify that he took the statement; |
| 10:10:40 AM | Court | The Govt hasn't moved to admit the statement; |
| 10:10:47 AM | Atty. Borelli | The testimony he gave was different from the question asked; |
| 10:10:56 AM | Court | Overruled; |
| 10:11:00 AM | Atty. Snyder | Cont'd testimony; Discussions as to detective doing followup investigations; Discussion of Govt. Exhs 1 & 2; Move to admit Govt. Exhs. 1 & 2; |

| 10:11:55 AM | Atty. Borelli | Are they interviews of the people that Officer Gambrel spoke to; |
| --- | --- | --- |
| 10:11:57 AM | Atty. Borelli | witness taken on voir dire; |
| 10:12:51 AM | Court | Govt. Exhs. 1 & 2 are admitted; |
| 10:12:59 AM | Atty. Snyder | Cont'd testimony; Discussion as to the incident of Sept. 15, 2005; Discussion as to the search of the vehicle; |
| 10:18:48 AM | Atty. Borelli | Cross - examination; Discussion of the burglary incident; Discussion of items taken from house; Discussion and review of Deft's Exh. #1;  Discussion and review of Deft's Exh, #5 - witness statement;  Discussion and revie Deft's Exh. #11; Move to admit Deft's Exh. 1, 5, & 11; |
| 10:44:48 AM | Atty. Snyder | Objects to Deft's Exh. 11 on relevancey; |
| 10:45:00 AM | Court | What it got to do with anything; |
| 10:45:04 AM | Atty. Borelli | Response - the memory of the witness and his varasity in his report; |
| 10:45:18 AM | Court | How does it go to his varasity?; |
| 10:45:19 AM | Atty. Borelli | Response; Questions to witness; |
| 10:46:07 AM | Court | How does that go to his varasity?; |
| 10:46:17 AM | Atty. Borelli | Response; |
| 10:46:35 AM | Court | Response as to conversation between lawyers have anything to do with anybody' s varasity; |
| 10:46:55 AM | Atty. Borelli | We have no further questions; |
| 10:46:58 AM | Court | 1 and 5 or admitted; Dft Exh 11 is sustained; |
| 10:47:09 AM | Court | Witness is excused; |
| 10:47:22 AM | Atty, Borelli | Need to ask 2 more questions;  Cont'd testimony of witness; Discussion as to where the gun was found; |
| 10:47:54 AM | Atty. Snyder | Calls Cedric Herbert;  witness is sworn and seated; Former MP Officer;  Discussion of incident of Sept. 5th,  burlary incident ;  Discussion and review of Govt. Exh. #3 - Incident report; Move to admit Govt.'s Exh . #3; |
| 10:54:30 AM | Court | It's admitted; |
| 10:54:35 AM | Atty. Snyder | Cont'd testimony; Discussion of incident of Sept. 15, 2005; |
| 11:02:29 AM | Atty. Borelli | Cross - examination; Discussion and review of Deft's Exh. #1 - Map; Discussion and review of Deft's Exh. #12;  Move to admit Deft's Exh. #12; |
| 11:21:19 AM | Court | No objections; It's admitted; |
| 11:21:26 AM | Atty. Snyder | Re - direct; Discussions of the tinted windows; Discussions of Deft's Exh. #1; |
| 11:24:33 AM | Atty. Borelli | Re - cross examination; Discussion and review of Deft's Exh. #3; Move to admit Deft's Exh. #3; |
| 11:27:18 AM | Court | Deft Exh. #3 is admitted; |
| 11:27:24 AM | Atty. Snyder | Re- direct ; Review of Deft's Exh. #3; |
| 11:30:00 AM | Court | Witness is excused; |
| 11:30:06 AM | Atty. Snyder | Govt. rest. |

| 11:30:08 AM | Atty. Borelli | Calls Corpl. K.C. Bently; witness is sworn and seated; Discussion as to burglary incident; Discussion as to knowledge of the stop incident of the deft; Discussion and review of Deft's Exh. #4 - Evidence impound for the pistol and magazine; Move to admit Deft's Exh. #4; |
|---|---|---|
| 11:39:18 AM | Atty. Snyder | No objections; |
| 11:39:18 AM | Court | It's Admitted; |
| 11:39:18 AM | Atty. Borelli | Cont'd testimony |
| 11:39:25 AM | Atty. Snyder | Objection to further questioning of witness; She was not at the scene of the arrest; no relevance to the Terry stop or the miranda issue; |
| 11:39:36 AM | Atty. Borelli | Request to question the witness as to what Officer Gambrel reported to her; |
| 11:39:40 AM | Court | You may; |
| 11:39:42 AM | Atty. Borelli | Cont'd testimony; |
| 11:41:39 AM | Court | Witness is excused; |
| 11:41:55 AM | Atty. Borelli | Moves to compel the remaining police officers; |
| 11:42:00 AM | Court | What do you need them for? Who are they? |
| 11:42:08 AM | Atty. Borelli | Want to go over with them what they observed when they arrived at the scene and the time they arrived at the scene; |
| 11:42:15 AM | Court | They were called after the altercation between Officer Gambrel and Mr. Stevenson; |
| 11:42:33 AM | Atty. Borelli | No sure as what point they were called; There are other circumstances like the time of the stop, what the lighting was like; |
| 11:42:58 AM | Court | How much more evidence about that do you need? Have you talked to them; |
| 11:43:05 AM | Atty. Borelli | No have not; |
| 11:43:09 AM | Court | Response; |
| 11:43:21 AM | Atty. Borelli | |
| 11:43:25 AM | Court | Addresses the issue of subpoena witnesses that counsel has not spoke to; |
| 11:43:55 AM | Atty. Borelli | They were not present at the initial stop; |
| 11:44:09 AM | Court | Response as to evidence accumlative about that? |
| 11:44:15 AM | Atty. Borelli | Response; |
| 11:44:21 AM | Court | Response; Why should the court compel there attendence; |
| 11:44:33 AM | Atty. Borelli | Response - believes that additional evidence could be useful; |
| 11:44:43 AM | Court | Response as to time to make that determination; Discussions as to the two issues in this case, the stop and the miranda issue; |
| 11:45:56 AM | Atty. Borelli | Response as to the differences in the traffic stop and the Terry stop; |
| 11:46:13 AM | Court | Response ; Is it permissible to conduct a traffic stop for a Terry stop?; |
| 11:46:30 AM | Atty. Borelli | Yes. |
| 11:46:33 AM | Court | What's wrong with this one; |
| 11:46:35 AM | Atty. Borelli | Response - when they asked the question they were seeking incriminating evidence from Mr. Stevens; |

| | | |
|---|---|---|
| 11:46:40 AM | Court | So. |
| 11:46:42 AM | Atty. Borelli | They had not informed of the purpose of the stop and they had not mirandized him; |
| 11:46:55 AM | Court | Discussion as to Terry stop; Why do they have to be mirandized if they are not in custody?; |
| 11:47:12 AM | Atty. Borelli | Response as to the Terry stop; |
| 11:47:21 AM | Court | Response - the officer has to have reasonable suspicion to conduct a Terry stop ; |
| 11:47:36 AM | Atty. Borelli | Response; |
| 11:49:12 AM | Court | Response - as to unique discription of the truck; |
| 11:49:29 AM | Atty. Borelli | Response; |
| 11:49:40 AM | Court | Response as to color of truck -champagne; |
| 11:49:47 AM | Atty. Borelli | Response; |
| 11:49:53 AM | Court | Discussions as to the color of the truck, hard top and it had spinners; |
| 11:50:04 AM | Atty. Borelli | Yes. |
| 11:50:07 AM | Court | Discussion of Officer Gambrel testimony that he saw the driver of the truck; |
| 11:50:30 AM | Atty. Borelli | Response as to the description of person driving the truck; Discussions of questions asked by officer during a Terry stop; |
| 11:51:30 AM | Court | So. |
| 11:51:38 AM | Atty. Borelli | Response; The officer tells the person why they are being stopped; |
| 11:52:24 AM | Court | Discussions as to a limited stop; |
| 11:52:47 AM | Atty. Borelli | Response; |
| 11:53:20 AM | Court | Argument would amount to policy; |
| 11:53:34 AM | Atty. Borelli | Response; |
| 11:53:39 AM | court | Is there any law that require a police officer to tell somebody why he stops them; |
| 11:53:50 AM | Atty. Borelli | Response; |
| 11:54:09 AM | Court | Undertsing the issues made: Challenging the initial stop and the miranda issue relates to the ponch statement; |
| 11:54:31 AM | Atty. Snyder | Addresses the court; |
| 11:55:21 AM | Court | Court is recessed. |