IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff | * | |
| | * | CR NO.:   2:06CR89-WKW-CSC |
| vs. | * | |
| | * | |
| FREEMAN STEVENSON | * | |
| | * | |
| Defendant | * | |

**WITNESS LIST**:

| **GOVERNMENT** | **DEFENDANT** |
|---|---|
| 1.  Officer Lance Gambrel | 3.   K.C. Bently |
| 2.  Mr. Cedric Lee Herbert | |