AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE ———— DISTRICT OF ———— ALABAMA

UNITED STATES OF AMERICA

V.

FREEMAN STEVENSON

## GOVERNMENT S EXHIBIT LIST

Case Number:  2:06CR89-WKW-CSC

| PRESIDING JUDGE CHARLES S. COODY | | | | | PLAINTIFF'S ATTORNEY CHRISTOPHER SNYDER | DEFENDANT'S ATTORNEY ANNE E. BORELLI & CHRISTINE FREEMAN |
|---|---|---|---|---|---|---|
| DATE (S): SEPT. 18, 2006 - SUPPRESSION HRG. | | | | | COURT REPORTER JAMES DICKENS | COURTROOM DEPUTY WANDA STINSON |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|  | 1 | 9/18/06 | 1 | YES | MPD VOLUNTARY STATEMENT OF WITNESS TAKEN BY CPL. COUGHLIN | |
|  | 2 | 9/18/06 | 2 | YES | MPD VOLUNTARY STATEMENT OF WITNESS TAKEN BY CPL COUGHLIN | |
|  | 5 | 9/18/06 | 5 | YES | INCIDENT REPORT (BURGLARY REPORT) | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  | *** Exhibits in envelope with court file ********** | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

VOLUNTARY STATEMENT FORM
MONTGOMERY POLICE DEPARTMENT

DIV: Detective        BUREAU: Property         DATE:  9/5/05

NAME:  Thula Smith                            AGE: 34 SEX/RACE: F/B
ADDRESS:  674 West Jeff Davis                 PHONE: 356-3549

CONCERNING:  Burglary 3rd Degree

LOCATION OF INTERVIEW  PAB: YES <u>NO</u> (SPECIFY):  674 West Jeff Davis

STATEMENT TAKEN BY:  Corporal C. J. Coughlin, #1008

Beginning time 2320 Hours.

Q:   Ms. Smith, can you state your name for me, please?
A:   Thula Smith.

Q:   Alright.  Thula, earlier the police came out and took a report from you,
     is that correct?
A:   Yes, sir.

Q:   Okay.  Apparently, your, your neighbor got burglarized.
A:   Uh-huh.

Q:   Could you describe to me what you saw?
A:   When I came out, I seen a white car.  I don't know, exactly know what
     kind of car it was, but it was parked in front of my neighbor's house,
     three, they pulled up in front of my neighbor's house.  Three guys got
     out.  They went in the house and they started bringing out chairs first.
     They brought like two chairs, went back in, got a table, sat the table
     on top of the car, went back again, and came out with two more chairs,
     and they did this in less than 5 minutes, jumped in the car, and I told
     my daughter to get a pencil so we can get the tag number, but instead of
     them driving past my house, they backed up and went down Adeline Street.

Q:   And when was this?
A:   It was about 9:17...

Q:   Tonight?
A:   ...about 9:15 tonight, yeah.

Q:   Okay.  And had you noticed anything else at this residence...
A:   Yeah.

GOVERNMENT
EXHIBIT
1

Q:    ...before today?
A:    Yesterday I did see a champagne color F150 Pickup truck with a, it had like a hard top covering the bed of the truck and had some spinners on it, but one of the spinners was missing on the driver's side on the front and a guy was sitting in there, and I asked him, I said you moving in there. He said no, cause he was just parked right there. He didn't have any furniture or anything, but he was just parked, and that was it.

Q:    Okay. Can you identify that man if we showed you a photographic lineup with him in it?
A:    I probably could. I mean I really didn't look at him that good cause he was, he had, he was halfway in his truck you know and he was bending down doing stuff.

Q:    Did your son say he knew his street name?
A:    Yeah, he did.

Q:    Did he call him Poncho?
A:    Yeah.

Q:    He's on, supposedly a character from the neighborhood. Have you ever seen him before?
A:    I've never seen him before.

Q:    Okay. But have you ever seen the truck before?
A:    I never really paid attention to say I seen it before. It probably has you know been pass, but I just never paid attention to say okay I seen that before.

Q:    Okay. Could you describe Poncho for me?
A:    He was kind of, he was like a slim guy. I can't tell you exactly how tall he was cause he was halfway in and out his truck.

Q:    Uh-huh.
A:    I know he had a, his hair was plaited up.

Q:    Uh-huh.
A:    You know had a little length about two inches long and you know brown, medium brown skin, had a little gray in his hair not a lot, but that was most I could see, slim face.

Q:    Okay. Do you have anything else to add to your statement that could help us in this investigation?
A:    No, that's basically it.

Q:    Okay.
Ending time 2322 Hours.
AC/B5181                          Page 2 of 2

VOLUNTARY STATEMENT FORM
MONTGOMERY POLICE DEPARTMENT

DIV: Detective        BUREAU: Property            DATE: 9/5/05

NAME: Andre Smith                                 AGE: 15 SEX/RACE: M/B
ADDRESS: 674 West Jeff Davis                       PHONE: 356-3549

CONCERNING: Burglary 3rd

LOCATION OF INTERVIEW  PAB: YES NO (SPECIFY): 674 West Jeff Davis

STATEMENT TAKEN BY: Corporal C. J. Coughlin, #1008
_____

Beginning time 2311 Hours.

Q:  Could you state your name for me sir?
A:  Andre Smith.

Q:  Mr. Smith, are you familiar with your neighbor, right next door?
A:  Yes, sir.

Q:  At, she, what's the address right next door, do you know?
A:  No, sir.

Q:  678 West Jeff Davis.  Okay, what's her name?  Do you know the victim?
A:  I know the lady.  Her name, the lady who passed, her name was Jessica.

Q:  And you know...
A:  Her, her...

Q:  ...Jamica Brown, her daughter?
A:  Yes, sir.

Q:  Okay, did you see someone breaking into her house and taking any
    property from them?
A:  Yes, sir.

Q:  Okay, go ahead and tell me what you saw?
A:  I seen, the, the first day I seen 'em, it was like a old raggedy truck
    came and a man was coming off the porch with a crowbar.

Q:  Uh-huh.
A:  And they had loaded some stuff onto the truck and I asked did they, what
    they was doing in the house and they said paid for the furniture.

Q:  Uh-huh.
A:  And then I came in the house and then the next day...

rm/B5180                    Page 1 of 4

GOVERNMENT
EXHIBIT
2

```
Q:   Okay, what day was that?
A:   It was Friday.

Q:   Okay, that was Friday.  What time of day was it?
A:   It was about 8:00...

Q:   In...
A:   ...about 8:30.

Q:   ...in the morning or at night?
A:   At night.

Q:   About 8:30 at night?
A:   Yes, sir.

Q:   What'd the guy look like with the crowbar?
A:   He was, he had on a hat and he was bout, he was bout, I'll say he bout 6
     feet.

Q:   How...
A:   And he was, he was dark skinned.  I couldn't really see his face.

Q:   Uh-huh.
A:   In the dark but he was bout 6 feet.

Q:   Did you know his name or his nickname?
A:   No, not that one.

Q:   Not him?
A:   Not him.

Q:   Okay, was there anyone else with him?
A:   Yes, sir.

Q:   Who else was with him?
A:   The man named Poncho.

Q:   And who's Poncho?
A:   He's a man.  He was, actually he's a man that ride the street...

Q:   Uh-huh.
A:   ...and sell drugs.

Q:   Okay, and what's he look like?
A:   He's, he bout my complexion.

Q:   You say about medium complexion?
A:   Bout medium complexion.  He bout 6'2", 6'1".

Q:   Uh-huh.
A:   And he wear, and he, he had a br, plaits in his head.
```

```
Q:    What color is his hair?
A:    His hair is like a sandy, like a salt and pepper color.

Q:    About how old do you think he is?
A:    He bout, he between his, his late 30's and, or his early 40's.

Q:    Is he a black male?
A:    Yes, sir.

Q:    And was anyone else with him?
A:    The man that was in the truck.

Q:    Did you get a good look at him?
A:    No, sir.

Q:    Is it, it was another black male adult?
A:    Yes, sir.

Q:    Okay, so you saw them...
A:    That was the first...

Q:    ...the guy with the...
A:    ...that's the first night.  That was...

Q:    Okay, that was on Friday, right?
A:    And the, then Saturday morning when we woke up, they was over there.
      And he had some more cars but I ain't go over there.

Q:    Okay.
A:    Cause he had told me Friday night that he paid for the furniture.

Q:    Uh-huh.
A:    And stuff and I just been seeing him coming out the house with it.

Q:    Okay, what, did Poncho have a vehicle?
A:    Yes, sir.

Q:    Describe his vehicle for me.
A:    He got, he got a F150 truck with spinners on it with a, a shutdown trunk
      on the back of his truck.

Q:    The pickup truck, the hard lid that close?
A:    And its champagne colored.

Q:    And its got spinner wheels?
A:    Yes, sir.

Q:    Okay, you thought you, the same three people keep coming back, everyday?
A:    It ain't the same peo, it was just two the first day.  Then the second
      day, it was like everyday went by, it was like more people was coming.

Q:    Uh-huh.
```

A:    But Poncho was getting most of the furniture on his truck and hauling it
      off and come right back.  And he'll stick a key in the door.  They said
      he was faking but he ain't, he ain't have no key to the house.  He was
      faking but when we went in the house today, the board off the door was
      tore in.

Q:    Okay.
A:    So he just been sticking it in there and jerking on it and acting like
      its locked and stuff.

Q:    Okay, do you have anything else to add to your statement, anything I
      might not've of asked you that might be important to this investigation?
A:    (Inaudible) saying that a boy told me that he like to kill people.  He
      send people out to kill 'em.  I just don't want my life in danger over
      this.

Q:    Okay.

Ending time 2315 Hours.

# ALABAMA UNIFORM ~~INCIDENT/OFFENSE~~ REPORT

# #9334

| VICTIM SSN | | COMPLAINANT SSN | | | 1 ☐ INCIDENT ☑ OFFENSE ☐ SUPPLEMENT | 2 CASE # | | 3 SFX |
|---|---|---|---|---|---|---|---|---|

**ORI #** 0,0,3,0,1,0,0,0    **4 DATE AND TIME OF THIS REPORT** 0,9,1,0,5,0,5   2:35 ☐ AM ☑ PM ☐ MIL    **6 AGENCY NAME** Montgomery Police Department

**7 SUPPLEMENT ORIGINAL OFFENSE DATE**

**10 PHONE** (   )

**8 REPORTED BY** ☐    **VICTIM OR** ☐

**9 ADDRESS (STREET, CITY, STATE, ZIP)**

**12 VICTIM (LAST, FIRST, MIDDLE NAME)** ☒ 28 55    Brown, Juneka

**13 ADDRESS (STREET, CITY, STATE, ZIP)** 630 Clarke St Montgomery, AL 36108    **14 PHONE** (334) 269-2834

**16 EMPLOYER/SCHOOL** Montgomery Co. 30F Clerical Administration    **17 ADDRESS (STREET, CITY, STATE, ZIP)** 515 S Union St Montgomery, AL 36108    **18 PHONE** (334) 269-3820

| 19 ☑ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☑ N | 21 RACE B | 22 SEX ☐ MALE ☑ FEMALE | 23 HGT 5'9 | 24 WGT 155 | 25 DOB 0 8 31 80 | 26 AGE 25 | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

**30 TYPE INCIDENT OR OFFENSE** ☑ FEL. ☐ MISD.    Burglary    **31 DEGREE (CIRCLE)** 1 2 ③    **32 UCR CODE**    **33 STATE CODE/LOCAL ORDINANCE** O4C(07)

**34 TYPE INCIDENT OR OFFENSE** ☐ FEL. ☐ MISD.    **35 DEGREE (CIRCLE)** 1 2 3    **36 UCR CODE**    **37 STATE CODE/LOCAL ORDINANCE**

**38 PLACE OF OCCURRENCE** 678 W Jeff Davis Ave Montgomery, AL 36108    **39 SECTOR**

| 40 POINT OF ENTRY ☑ DOOR ☐ WINDOW | ☐ ROOF | 41 METHOD OF ENTRY | ☐ FORCIBLE ☐ ATT. FORCIBLE ☑ NO FORCE | 42 ASSAULT ☐ SIMPLE ☐ AGGR | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |
|---|---|---|---|---|---|

**44 OCCURRED ON OR BETWEEN** 0,9,0,5,0,5    **45 TIME** 2:10 ☐ AM ☑ PM ☐ MIL

**46** ☐ AM ☐ PM ☐ MIL

| 47 LIGHTING | 48 WEATHER | 49 PREMISE | | 50 CODE |
|---|---|---|---|---|
| ☐ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☑ UNK. | ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☑ UNK. | ☐ HWY—ST.—ALLEY ☐ RAILROAD ☑ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER | |

**54 VERIFY FOR** ☐ Y ☐ N    **55 TREAT. FOR** ☐ Y ☐ N    **56 CIRCUMSTANCES—HOMICIDE & ASSAULT** 57 CODE    LOCATION: RAPE

**RAPE EXAM** ☐ N    **RAPE INJURY** ☐ N

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE | ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE  DESCRIBE: Unknown | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|---|---|

**60 QUANTITY** | **61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.)** | **62 DOLLAR VALUE** | | **63 RECOVERED** | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| 1 | Cherry wood dinette set | 1000 00 | | | |
| 1 | Oak wood dinette set | 350 00 | | | |
| 1 | Cherry wood Armoire | 750 00 | | | |
| 1 | Cherry wood Bedroom Set | 1300 00 | | | |
| 1 | Cloth window Draperies | 250 00 | | | |
| 1 | Antique Living Room Set | 5000 00 | | | |
| * | Assorted Antique Furniture ☐ CONTINUED IN NARRATIVE | 19000 | | | |

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S | S | S | S | S | S |
| R | R | R | R | R | R |
| D | D | D | D | D | D |

| 70 ELECTRONICS | 71 HOUSEHOLD 70,000.00 | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S | S | S | S | S |
| R | R | R | R | R |
| D | D | D | D | D |

**75 CHECK CATEGORIES** ☐ STOLEN ☐ RECOVERED ☐ SUSPECT'S VEH. ☑ VICTIM'S VEH. ☑ UNAUTH. USE ☐ ABANDONED

| 76 ☐ STOLEN | 78 LIC. | 79 LIS. | 80 LIY. | 81 TAG COLOR | 82 VCO: TOP Beige BOTTOM: | 87 ADDITIONAL DESCRIPTION Bed cover, Spinner Rims |
|---|---|---|---|---|---|---|
| 83 YR 2000 | 84 VMA Ford | 85 VMO F150 | 86 VST PU | | | |

**88 STOLEN MTR. VEH. ONLY** | **89 AREA STOLEN** ☐ BUS. ☐ RES. ☐ RUR | **89 OWNERSHIP VERIFIED BY:** | **TAG RECEIPT** ☐ BILL OF SALE ☐ TITLE ☐ OTHER | **90 WARRANT SIGNED** ☐ Y ☐ N

**91 AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP):**    **92 PHONE** (   )

| MOTOR VEH. RECOVERY ONLY (REQUIRED FOR TAG JOR CODE) | 93 STOLEN IN YOUR JURISDICTION? ☐ Y ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ Y ☐ WHERE? |
|---|---|---|

GOVERNMENT EXHIBIT 3

TYPE OR PRINT IN BLACK INK

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 9 10 5 0 5 21 35 | AM PM MIL | 96 CASE # | | 97 SFX | 98 ☐ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) U | | 100 NICKNAME/ALIAS Poncho | 101 RACE ☑ W ☐ A ☐ B ☐ I | 102 SEX ☑ M ☐ F | 103 DOB M D | 104 AGE 30's |
| 105 ADDRESS (STREET, CITY, STATE, ZIP) N | | 106 HGT | 107 WGT | 108 EYE Bro | 109 HAIR Blk | 110 COMPLEXION |
| 111 PROBABLE DESTINATION K | | | 112 ARREST? ☐ Y ☑ N ☐ UNK | 113 WEAPON |
| 116 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATOOS | | 115 ☐ ARRESTED ☑ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) N O | | 117 NICKNAME/ALIAS | 118 RACE ☐ W ☐ A ☐ B ☐ I | 119 SEX ☐ M ☐ F | 120 DOB M D | 121 AGE |
| 122 ADDRESS (STREET, CITY, STATE, ZIP) N | | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |
| 128 PROBABLE DESTINATION N | | | 129 ARREST? ☐ Y ☐ N ☐ UNK | 130 WEAPON |
| 131 CLOTHING E | ☐ SCARS ☐ MARKS ☐ TATOOS | | 132 ☐ ARRESTED ☐ WANTED |

WITNESSES

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
| #1 Smith, Andre | SEX ☑ M ☐ F RACE ☑ W ☐ B DOB 04 60 29 19 70 | 674 W Jeff Davis Montgomery AL 36108 | (334) 356-3549 | ( ) |
| #2 Smith, Thula | SEX ☐ M ☑ F RACE ☑ W ☐ B DOB 04 10 21 17 1 | 674 W Jeff Davis Montgomery AL 36108 | (334) 356-3549 | ( ) |
| #3 | SEX ☐ M ☐ F RACE ☐ W ☐ B | | ( ) | ( ) |
| #4 | SEX ☐ M ☐ F RACE ☐ W ☐ B | | ( ) | ( ) |

| 137 WITNESS #1 SSN - - | WITNESS #2 SSN - - | WITNESS #3 SSN - - | WITNESS #4 SSN - - |

NARRATIVE

1 - Antique China Collection - $1,000⁰⁰

1 - "Roper" Washer Machine unk model - $350⁰⁰

The victim stated that some unknown offender(s) forcibly entered the residence through a front door and stole the property listed. The above listed witnesses stated they saw the above described suspect commit the offense. Evidence was collected in the form of digital photographs which were impounded under # 259008. Units 230 and 426 notified. The victim stated she would prosecute.

CONTINUED ON SUPPLEMENT ☐

| | ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

Additional Charge: Theft of Property 1st

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE: Jonathan B Smith

| 138 LOCAL USE N I IN10 |
| 139 STATE USE |

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☑ N |

ADMINISTRATION

| 147 CASE STATUS ☐ PENDING ☑ INACTIVE ☐ CLOSED ENTERED ADD/INCIDC DATE | 148 CASE DISPOSITION: ☐ CLEARED BY ARREST (JUV.) ☑ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED | ☑ EXCEPTIONAL CLEARANCE: ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 149 REPORTING OFFICER C L Herbert | ID # 1500 |
| | | | 150 ASSISTING OFFICER L R Gambrell | ID # 1466 |
| | | | 151 SUPERVISOR APPROVAL MM1263 | ID # 152 WATCH CMDR. ID # 360 |