AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

FREEMAN STEVENSON

**DEFENDANT'S EXHIBIT LIST**

Case Number: 2:06CR89-WKW-CSC

| PRESIDING JUDGE<br>CHARLES S. COODY | | PLAINTIFF'S ATTORNEY<br>CHRISTOPHER SNYDER | | DEFENDANT'S ATTORNEY<br>ANNE E. BORELLI & CHRISTINE FREEMAN |
|---|---|---|---|---|
| DATE (S):<br>SEPT. 18, 2006 - SUPPRESSION HRG. | | COURT REPORTER<br>JAMES DICKENS | | COURTROOM DEPUTY<br>WANDA STINSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/18/06 | 1 | YES | MAP OF 901 OAK STREET, MONTGOMERY, AL AREA |
| | 3 | 9/18/06 | 3 | YES | PHOTOGRAPH OF BRIDGE OVER PATH AT WEST JEFF DAVIS |
| | 4 | 9/18/06 | 4 | YES | MPD PROPERTY INVENTORY |
| | 5 | 9/18/06 | 5 | YES | MEMORANDUM FROM OFC L.R. GAMBREL RE: ARREST OF STEVENSON |
| | 12 | 9/18/06 | 12 | YES | PHOTOGRAPH OF SEAT OF TRUCK - MARKED AREA WHERE GUN WAS FOUND |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *** Exhibits in envelope with court file ********** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

**MAPQUEST**

901 Oak St
Montgomery AL
US

**Notes:**





All rights reserved. Use Subject to License/Copyright

This map is informational only. No representation is made or warranty given as to its content.
risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting

West Jeff Davis

# MONTGOMERY POLICE DEPARTMENT
# PROPERTY INVENTORY

Date ____  Time ____  A.M. / P.M.

**WEAPONS ONLY**

| Ex-Felon Check | YES | NO | NCIC CHECK | YES | NO |
|---|---|---|---|---|---|
| Ex-Felon | YES | NO | If Stolen attach Print Out | | |
| DOB | / / | | Stolen | YES | NO |
| | | | Removed from NCIC | YES | NO |

**OFFICE USE ONLY**

Property No. ____
Area/Bin No. ____

Type Property: Evidence / Personal / Found

Officers Name ____
Name ____  ID ____  Division ____  PX ____

Where Found ____

Property Owner ____
Name ____  Address ____  Zip Code ____  Telephone ____

Offense ____

Defendant's Name ____  Report No. ____

Description of Property: ____

Release Authorization: Release to ____  BY ____
DATE ____  TIME ____

PERSONAL OR FOUND PROPERTY NOT CLAIMED WITHIN 30 DAYS WILL BE DISPOSED OF (334) 241-2523

Property Received By: ____

DEFENDANT'S EXHIBIT

49

# MEMORANDUM

TO:        Sergeant A.J. Pollard #039
FROM:      Officer L.R. Gambrel #1466
DATE:      September 15, 2005
RE:        Arrest of B/M Freeman Stevenson Jr DOB 01-17-64
           AKA "Poncho"

On 09-15-05 at 1900 hours, we (Unit 211 Gambrel / Herbert) observed a 1997 Ford F150, tag 3B9172K, traveling west in the 800 block of West Jeff Davis Avenue. The truck was tan in color, with spinner rims and a bed cover.

The vehicle caught our attention because we investigated a burglary of a residence, located at 678 West Jeff Davis Avenue, only a week earlier. Over twenty thousand dollars worth of property was taken during the crime. We interviewed witnesses to the crime. The witnesses identified a B/M known as "Poncho" as the offender. Further, they described the vehicle that "Poncho" was driving at the time of the burglary. They described the vehicle as a 1997 Ford F150, tan in color, with spinner rims and bed cover. The suspect was not apprehended and we have been on the lookout for a vehicle matching that description.

We initiated a traffic stop in the 900 block of Oak Street. I approached the driver of the vehicle. He was identified as B/M Freeman Stevenson Jr. I asked him if he had any nicknames. He responded that everyone calls him "Poncho".

A routine warrant check revealed that he was wanted by Montgomery County Sheriff's Officer for Failure to Pay Child Support. He was arrested for the outstanding warrant.

The subject was removed from the vehicle and handcuffed at the driver's door. I walked the subject to the police car where a search incident to arrest was conducted. During the search, the subject quickly turned away from me and twisted his hands around his side and into the front. While in this position, he quickly shoved his right hand deep into the crotch area of his

DEFENDANT'S EXHIBIT 5

pants. I held the subject against the side of the patrol car in a position which prevented further movement of his right arm. It was apparent that he had grabbed an unknown object which had been concealed in the crotch area of his pants. I instructed my partner to forcefully place both the subject and me on the ground while I held the subject preventing further movement of his arm. Once on the ground, we were able to gain better control of the subject. Inside of his hand, and in the crotch area of his pants, we discovered 15 grams of marijuana and 3.3 grams of crack cocaine. Both substances were immediately secured by this Officer. I maintained custody of both substances until they were released into the custody of Detective P.B. Hayes, Special Operations, Narcotics Division.

The vehicle was impounded under #2486. During a search of the vehicle incident to arrest / impound, a FIE Titan .25 caliber pistol (S/N A24739) was discovered wedged into the crack of the back seat. It was loaded, cocked and ready to fire. The pistol was within the immediate reach, care, custody and control of the driver.

B/M Freeman Stevenson Jr. was arrested for Failure to Pay Child Support, Possession of Marijuana First Degree and Possession of Controlled Substance (Crack Cocaine).

Information regarding the arrest has been forwarded to Detectives for processing in the Alabama ICE program.

Property Detectives are still investigating the Burglary at 678 West Jeff Davis Avenue. B/M Freeman Stevenson Jr. is a possible suspect in that case.

_____
Officer L.R. Gambrel #1466



FS Truck