IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-089-WKW-CSC) |
| FREEMAN STEVENSON, JR., ) | |
| a/k/a "PONCHO" ) | |
| ) | |

### Motion to Withdraw as Counsel

Assistant United States Attorney Christopher Snyder moves to withdraw as counsel for the United States in this matter. Originally, this case was assigned to Assistant United States Attorney Todd Brown. In July, however, AUSA Brown was called to serve on active duty in Iraq. As a result, this case was temporarily assigned to Assistant United States Attorney Christopher Snyder during AUSA Brown's absence. AUSA Brown has now completed his tour in Iraq and has returned to his duties as an AUSA in this District. As a result, AUSA Snyder moves to withdraw as an attorney in this matter.

Respectfully submitted this 26th day of September, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) | CR. NO. 2:06-cr-089-WKW-CSC) |
| **FREEMAN STEVENSON, JR.,** a/k/a "PONCHO" | ) ) ) ) | |

**Certificate of Service**

I hereby certify that on September 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Anne Borelli.

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER