IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
            v                     )          CR. NO. 1:06cr89-WKW
                                  )
FREEMAN STEVENSON, JR.            )

## ORDER

Upon consideration of the motion to withdraw as counsel filed by Assistant United

States Attorney Christopher Synder (doc. # 38), it is

ORDERED that the motion be and is hereby GRANTED.

Done this 28th day of September, 2006.


                    _____/s/Charles S. Coody_____
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE