IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-89-WKW |
| | ) | |
| FREEMAN STEVENSON, JR., | ) | |

**AMENDMENT TO PRETRIAL CONFERENCE ORDER**

Due to a heavy court schedule and the federal holiday on October 9, 2006, it is hereby

ORDERED that the Pretrial Conference Order (Doc. #20) is amended to the extent that the deadline for filing proposed voir dire questions, all motions in limine and proposed jury instructions is **rescheduled** from October 9, 2006 to **Friday, October 6, 2006, by 5:00 p.m.**

Done this the 2nd day of October, 2006.

                                            /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE