IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-89-WKW |
| | ) | (WO) |
| FREEMAN STEVENSON, JR. | ) | |

## **O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the Court:

(1) That the objection filed by the defendant on October 2, 2006 (Doc. # 41) is OVERRULED;

(2) That the recommendation of the United States Magistrate Judge entered on September 19, 2006 (Doc. # 36) is ADOPTED;

(3) That the defendant's Motion to Suppress Stop, Search and Seizure (Doc. # 14) is DENIED.

DONE this 4th day of October, 2006.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE