# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06-cr-89-WKW-CSC |
| ) | |
| FREEMAN STEVENSON, JR. ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Freeman Stevenson, Jr., by and through undersigned counsel, Anne E. Borelli, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 4th day of October, 2006.

Respectfully submitted,

s/ Anne E. Borelli
ANNE E. BORELLI
Research and Writing Attorney, Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: anne_borelli_@fd.org
AL Bar Code: BOR-016

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06-cr-89-WKW-CSC |
| ) | |
| FREEMAN STEVENSON, JR. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Brown
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                Respectfully submitted,

                                                s/ Anne E. Borelli
                                                ANNE E. BORELLI
                                                Research and Writing Attorney, Federal Defenders
                                                201 Monroe Street, Suite 407
                                                Montgomery, Alabama 36104
                                                Phone: (334) 834-2099
                                                Fax: (334) 834-0353
                                                E-mail: anne_borelli@fd.org
                                                AL Bar Code: BOR-016