**WINTER LEGAL STRATEGIES LLC**
Suite 300-A; 300 Water Street
Montgomery, Alabama 36104
(334) 263-5787
Mike Winter, Esq. 

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: **FREEMAN STEVENSON, JR.**
a/k/a "Poncho"

CASE NO.: 2:06CR89-WKW

RECEIVED
2006 OCT -6  P 3: 38

## NOTICE OF APPEARANCE BY COUNSEL

**Comes Now** the Honorable **I.M. (Mike) Winter, Jr.**, attorney at law, respectfully filing this Notice of Appearance on behalf of Mr. Freeman Stevenson, Jr.. Mr. Winter hereby notifies all counsel and/or parties in this matter that he has been retained to represent Mr. Stevenson in the above-styled case. The United States Attorney's Office is prosecuting Defendant Stevenson for allegedly possessing a firearm during the commission of a crime, which possession would have affected interstate commerce. This putative crime would be a violation of Title 18, United States Code, Section 922(g)(1).

Notices, discovery evidence, and any and all other documents filed in this matter by this Honorable Court, the United States Attorney's Office, and any and all interested parties should be mailed to **I.M. (Mike) Winter, Jr., Esquire, at Winter Legal Strategies; Suite 300-A; 300 Water Street; Montgomery, Alabama 36104**.

Counsel also states there are no conflicts of interests between his representation of Mr. Stevenson and any other party currently known, relative to the above-styled case.


RESPECTFULLY SUBMITTED THIS 6TH DAY OF OCTOBER, 2006

_____
**I.M. (Mike) Winter, Jr. (WIN036)**
Attorney for **Mr. Freeman Stevenson, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon the following parties in interest, by personal delivery, 6th day of October, 2006.

Honorable Charles Coody
Chief Magistrate, United States District Court, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124
ATTN: Corrie Long

Honorable W. Keith Watkins
United States District Judge, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124
ATTN: Angela Reitler

Mr. Todd Brown, Esquire
United States Attorney's Office, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124

Ms. Anne Borelli, Esquire
Federal Defender's Office, Middle District of Alabama
Suite 407
2012 Monroe Street
Montgomery, Alabama 36104

Mr. Charles Law, Esquire
622 South Hull Street
Montgomery, Alabama 36104

I.M. (Mike) Winter, Jr. (WIN036)
Attorney for **Mr. Freeman Stevenson. Jr.**