**WINTER LEGAL STRATEGIES LLC** 
Suite 300-A; 300 Water Street
Montgomery, Alabama 36104
(334) 263-5787
MikeWinter@charter.net

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: FREEMAN STEVENSON, JR.  \*
a/k/a "Poncho"  \*
\*
\* CASE NO.: 2:06CR89-WKW
\*
\*

RECEIVED
2006 OCT -6  P 3: 38

## MOTION TO WITHDRAW PROVISIONAL GUILTY PLEA

COMES NOW Defendant Freeman Stevenson, Jr., by and through his undersigned counsel, notifying this Honorable Court that he is withdrawing his provisional guilty plea, relative to the offense for which he has been indicted. In support of said motion, Defendant states:

Defendant Stevenson has hired undersigned counsel today, October 6, 2006. The United States Attorney's Office is prosecuting Defendant Stevenson for allegedly possessing a firearm during the commission of a crime, which possession would have affected interstate commerce. This putative crime would be a violation of Title 18, United States Code, Section 922(g)(1). Defendant has decided to assert his innocence for this federal criminal charge. Defendant consequently seeks a trial, relative to this matter.

WHEEFORE, Defendant Freeman Stevenson thus withdraws his provisional guilty plea, in contemplation of establishing his innocence at trial.

RESPECTFULLY SUBMITTED THIS 6th DAY OF OCTOBER, 2006

_____
I.M. (Mike) Winter, Jr. (WIN036)
Attorney for **Mr. Freeman Stevenson, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon the following parties in interest, by personal delivery, 6th day of October, 2006.

Honorable Charles Coody
Chief Magistrate, United States District Court, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124
ATTN: Corrie Long

Honorable W. Keith Watkins
United States District Judge, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124
ATTN: Angela Reitler

Mr. Todd Brown, Esquire
United States Attorney's Office, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124

Ms. Anne Borelli, Esquire
Federal Defender's Office, Middle District of Alabama
Suite 407
2012 Monroe Street
Montgomery, Alabama 36104

Mr. Charles Law, Esquire
622 South Hull Street
Montgomery, Alabama 36104


I.M. (Mike) Winter, Jr. (WIN036)
Attorney for **Mr. Freeman Stevenson, Jr.**