**WINTER LEGAL STRATEGIES LLC**



Suite 300-A; 300 Water Street
**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**
Montgomery, Alabama 36104
(334) 263-5787
MikeWinter@charter.net

RECEIVED

2006 OCT -6  P 3: 38

IN RE: **FREEMAN STEVENSON, JR.**
a/k/a "Poncho"

*
*
*
*
*
*

CASE NO.: **2:06CR89-WKW**

## MOTION FOR CONTINUANCE

COMES NOW Defendant Freeman Stevenson, Jr., by and through his undersigned counsel, moving this Honorable Court to continue his trial, which is currently set for October 16, 2006. In support of said motion, Defendant states:

Defendant Stevenson has hired undersigned counsel today, October 6, 2006. Defendant's counsel has been scheduled for a probation revocation hearing in Macon County, Alabama on October 10, 2006. Defendant's counsel also has two plea arrangements, plus four bond reduction motions, scheduled for October 10, 2006 in Macon County, Alabama.

Defendant Stevenson's counsel currently has six criminal trials scheduled for the two-week period beginning on October 16, 2006.

Continuing this matter is therefore imperative to the cause of justice. Continuing the above-styled case will not prejudice the United States of America.

WHEREFORE, Defendant Freeman Stevenson, Jr. prays that this Honorable Court continue his trial.

RESPECTFULLY SUBMITTED THIS 6th DAY OF OCTOBER, 2006

**I.M. (Mike) Winter, Jr.** (WIN036)
Attorney for **Mr. Freeman Stevenson, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon the following parties in interest, by personal delivery, 6th day of October, 2006.

Honorable Charles Coody
Chief Magistrate, United States District Court, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124
ATTN: Corrie Long

Honorable W. Keith Watkins
United States District Judge, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124
ATTN: Angela Reitler

Mr. Todd Brown, Esquire
United States Attorney's Office, Middle District of Alabama
One Church Street
Montgomery, Alabama 36124

Ms. Anne Borelli, Esquire
Federal Defender's Office, Middle District of Alabama
Suite 407
2012 Monroe Street
Montgomery, Alabama 36104

Mr. Charles Law, Esquire
622 South Hull Street
Montgomery, Alabama 36104

I.M. (Mike) Winter, Jr. (WIN036)
Attorney for **Mr. Freeman Stevenson, Jr.**