UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-CR-089-WKW |
| | ) | |
| FREEMAN STEVENSON, JR. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Anne Elisabeth Borelli, and hereby moves this Honorable Court for an Order granting her motion to withdraw from representation of the defendant, Freeman Stevenson, Jr. In support of this motion, undersigned counsel would show:

1. Undersigned counsel was appointed to represent Mr. Stevenson in the above-styled cause on April 27, 2006, and filed her notice of appearance on May 4, 2006.

2. On October 6, 2006, Mike Winter, Esq., notified undersigned counsel that he has been retained to represent Mr. Freeman Stevenson, Jr.

**WHEREFORE**, premises considered, undersigned counsel hereby prays that her motion to withdraw as counsel for Freeman Stevenson, Jr. in the above-styled cause be granted and an Order issued permitting her withdrawal.

Dated this 6th day of October 2006.

Respectfully submitted,

s/ Anne E. Borelli
ANNE E. BORELLI
Counsel for Freeman Stevenson
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: anne_borelli@fd.org
AL Bar Code: BOR-016

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Anne E. Borelli
    ANNE E. BORELLI
    Counsel for Freeman Stevenson
    Federal Defenders
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: anne_borelli@fd.org
    AL Bar Code: BOR-016