**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v ) | **CR. NO. 2:06CR89-WKW** |
| ) | |
| **FREEMAN STEVENSON, JR.** ) | |

**ORDER**

Upon consideration of the *Motion to Withdraw Plea of Guilty* (doc. #55) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**. It is further

**ORDERED** that the *Motion to Withdraw as Counsel* (doc. #58) filed by Attorney Anne E. Borelli, be and is hereby **GRANTED**.

Done this 11th day of October, 2006.


　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE