IN RE: FREEMAN STEVENSON, JR. CASE NUMBER: 2:06CR89-WKW, UNITED STATES OF AMERICA DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 OCT 13 P 4: 12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: FREEMAN STEVENSON, JR. a/k/a "Poncho" | *<br>*<br>* CASE NO.: 2:06CR89-WKW<br>*<br>* |

## CONSENT TO WAIVE RIGHT TO A SPEEDY TRIAL

COMES NOW Defendant Freeman Stevenson, Jr., by and through his undersigned counsel. In support of his motion to continue his trial, Defendant Stevenson hereby waives his constitutional and statutory right to a "speedy" trial, to-wit a trial within 60 days of his indictment.

Consistent with Defendant Stevenson's prior motion for a continuance, undersigned counsel declares to this Honorable Court that:

1) Defendant Stevenson hired undersigned counsel on October 6, 2006.
2) Defendant Stevenson's's counsel was not able to appear before this Honorable Court on October 10, 2006, due to a previously scheduled and conflicting series of probation revocation and other hearings in the Macon County, Alabama Circuit Court on that date.
3) Defendant Stevenson's counsel is not able to appear during the two-week period beginning on October 16, 2006, due to six previously scheduled and conflicting trials in the Macon County, Alabama Circuit Court.
4) Defendant Stevenson's counsel is presently working with Defendant's other counsel, relative to his outstanding indictments by the State of Alabama, to achieve a global

settlement for all of his criminal; charges.

Continuing this matter is therefore imperative to the cause of justice. Continuing the above-styled case will not prejudice the United States of America, particularly since Defendant Stevenson waives his right to a speedy trial.

RESPECTFULLY SUBMITTED THIS 12th DAY OF OCTOBER, 2006

_____
**Mr. Freeman Stevenson, Jr.**

_____
**I.M. (Mike) Winter, Jr. (WIN036)**
Suite 300-A
300 Water Street
Montgomery, Alabama
36104
(334)263-5787
MikeWinter@charter.net
Attorney for **Mr. Freeman Stevenson, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon Mr. Todd Brown, Esquire, Assistant United States Attorney for the Middle District of Alabama. I have done so by placing same with the United States Postal Service, postage pre-paid, on October, 13, 2006.

I.M. (Mike) Winter, Jr. (WIN036)
Suite 300-A
300 Water Street
Montgomery, Alabama
36104
(334)263-5787
MikeWinter@charter.net
Attorney for **Mr. Freeman Stevenson, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon the Honorable Charles Coody, Chief Magistrate, United States District Court, Middle District of Alabama. I have done so by personal delivery to the United States Courthouse; One Church Street; Montgomery, Alabama 36104; Attention: Ms. Corrie Long, Esquire;on October, 13, 2006.

_____
**I.M. (Mike) Winter, Jr.** (WIN036)
Suite 300-A
300 Water Street
Montgomery, Alabama
36104
(334)263-5787
MikeWinter@charter.net
Attorney for **Mr. Freeman Stevenson, Jr.**