RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DIVISION

2006 OCT 13 P 4: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CR. NO.  2:06CR89-WKW |
| | * |
| FREEMAN STEVENSON, JR. | * |
| a/k/a "PONCHO" | * |
| | * |

# MOTION TO EXCUSE INCORRECTLY-STYLED WAIVER

COMES NOW Defendant Freeman Stevenson, Jr., by and through his undersigned counsel.   In support of Defendant's Motion to Excuse Incorrectly-Styled Waiver, Defendant's counsel declares that this form was executed prior to counsel learning of the differences between the preferred format for legal motions for the United States District Court, as opposed to legal motions for the State of Alabama.  Defendant's counsel accepts responsibility for this error.

GRANTING Defendant Stevenson's Motion for a Continuance, given undersigned counsel's previously scheduled trials, is therefore imperative to the cause of justice. Continuing the above-styled case will not prejudice the United States of America, particularly since Defendant Stevenson has waived his right to a speedy trial.

RESPECTFULLY SUBMITTED THIS 13th DAY OF OCTOBER, 2006

I.M. (Mike) Winter, Jr.
Suite 300-A
300 Water Street
Montgomery, Alabama  36104
(334)263-5787
MikeWinter@charter.net
Attorney for **Mr. Freeman Stevenson, Jr.**
ASB:  0492-I66W

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon the Honorable Charles Coody, Chief Magistrate, United States District Court, Middle District of Alabama. I have done so by personal delivery to the United States Courthouse; One Church Street; Montgomery, Alabama 36104; Attention: Ms. Corrie Long, Esquire;on October, 13, 2006.

**I.M. (Mike) Winter, Jr.**
Suite 300-A
300 Water Street
Montgomery, Alabama
36104
(334)263-5787
MikeWinter@charter.net
ASB: 0492-I66W
Attorney for **Mr. Freeman Stevenson, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon Mr. Todd Brown, Esquire, Assistant United States Attorney for the Middle District of Alabama. I have done so by placing same with the United States Postal Service, postage pre-paid, on October, 13, 2006.

**I.M. (Mike) Winter, Jr.**
Suite 300-A
300 Water Street
Montgomery, Alabama
36104
(334)263-5787
MikeWinter@charter.net
ASB: 0492-I66W Attorney for **Mr. Freeman Stevenson, Jr.**