IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cr-89-WKW |
| | ) |
| FREEMAN STEVENSON, JR., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

It is hereby ORDERED that defendant's Motion to Excuse Incorrectly-Styled Waiver (Doc. #68) is hereby GRANTED.

Done this the 19th day of October, 2006.

       /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE