Case Number 2:06-cr-00089-WKW-CSC        Filed 12/08/2006   Page 1 of 2

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 DEC 15 P 12: 02

| | |
|---|---|
| UNITED STATES OF AMERICA | <> |
| | <> |
| v. | <> |
| | <> |
| FREEMAN STEVENSON, JR. | <> |
| | <> |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Mr. Freeman Stevenson, Jr., by and through his undersigned counsel of record, I.M. (Mike) Winter, Jr., notifying this Honorable Court that he has chosen to change his previously entered not guilty plea to guilty.

Defendant Stevenson hereby waives his right to plead before the Honorable W. Keith Watkins, United States District Court Judge for the Northern Division of the Middle District for the State of Alabama. Accordingly, Mr. Stevenson consents to plead guilty before the Honorable Charles Coody, Magistrate Judge for the Northern Division of the Middle District for the State of Alabama.

SUBMITTED THIS 8TH DAY OF DECEMBER, 2006

I.M. (Mike) Winter, Jr. (WIN036)   *I.M. (Mike) W_____*
Winter Legal Strategies LLC
Suite 300-A
300 Water Street
Montgomery, Alabama  36104
(334)263-5787
MikeWinter@charter.net

Case Number 2:06-cr-00089-WKW-CSC        Filed 12/08/2006    Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | <> |
| | <> |
| v. | <> |
| | <> |
| **FREEMAN STEVENSON, JR.** | <> |
| | <> |

### CERTIFICATE OF SERVICE

I hereby certify that Mr. Freeman Stevenson, Jr., by and through his undersigned counsel, has filed his Notice of Intent To Change Plea with the Clerk of the United States District Court for the Northern Division of the Middle District for the State of Alabama, using the CM/ECF system.

I.M. (Mike) Winter, Jr. (WIN036)
Winter Legal Strategies LLC
Suite 300-A
300 Water Street
Montgomery, Alabama 36104
(334)263-5787
MikeWinter@charter.net

cc: Todd Brown, Esquire
Assistant United States Attorney
Suite 201
One Court Square
Montgomery, Alabama 36104