COURTROOM DEPUTY MINUTES         DATE: DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDED: 1:24 - 1:24

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR89-WKW-CSC     **DEFENDANT NAME:** FREEMAN STEVENSON, JR.

### APPEARANCES

GOVERNMENT                                              DEFENDANT COUNSEL
ATTY. TODD BROWN                                     ATTY. I.M. MIKE WINTER

✓ DISCOVERY STATUS: Complete.

✓ PENDING MOTION STATUS: M/Limine to Exclude 404(b) evid.; M/Limine Exclude Burglary or Theft; M/Limine to Exclude Drugs; M/Limine to Redact from Indictment.

☑ PLEA STATUS: Possible plea.

☑ TRIAL STATUS: Will take 2 day to try case.

☐ REMARKS: