IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06CR89-WKW |
| | ) | |
| FREEMAN STEVENSON | ) | |

## ORDER

For good cause, it is

**ORDERED** that the defendant's change of plea hearing now set for **December 20, 2006**, at **1:30 p.m.** be and is hereby **RESET** for **December 27, 2006 @ 2:30 p.m.**, in **courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 19th day of December, 2006.

          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE