**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 19, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** USA vs. Freeman Stevenson, Jr.

**Case Number:** 2:06cr89-WKW

**Referenced Pleading:** Document #75

**This Notice of Correction is filed in the above referenced case to reflect** that the 12/27/06 Change of Plea Hearing is to be before Judge Charles S. Coody rather than Judge William Keith Watkins.

ORDER VACATING the portion of the pretrial order 15 setting a pretrial conference for December 18, 2006, as to Jela Shermarkie Marshall . Signed by Judge Susan Russ Walker on 12/5/06. (ajr, ) Modified on 12/5/2006 to show order vacated (snc). (Entered: 12/05/2006)