| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 27, 2006 | FTR RECORDING: 2:31 – 2:40 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: ~~MITCHELL RISNER~~ Lisa Entrekin | |

- ☐ ARRAIGNMENT
- ✓ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

PRESIDING MAG. JUDGE: **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**
CASE NUMBER: **2:06-CR-89-WKW-CSC**    DEFENDANT NAME: **FREEMAN STEVENSON, JR.**
AUSA: **TODD BROWN**    DEFENDANT ATTY: **I. M. MIKE WINTER, JR.**
Type Counsel: ( ) Waived; (✓) Retained; ( ) Panel CJA; ( ) CDO
USPTS/USPO: _____

Defendant ____ does ✓ does NOT need and interpreter. Name: _____

- ☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ☐ **WAIVER OF INDICTMENT** executed and filed.
- ☐ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity
✓ Guilty as to:  ✓ Count(s) **1** of the **Indictment.**
☐ Count(s) _____  ☐ dismissed on oral motion of USA;
☐ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered  ✓ Written plea agreement filed.  ☐ ORDERED SEALED.
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ✓ **ORDER:** Defendant Continued  ✓ Same Conditions/Bond imposed by Mag. Judge;
  - ☐ Released on Bond & Conditions of Release for:  ☐ Trial on _____;
  - ✓ Sentencing on _____;  ✓ to be set by Separate Order
- ☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  - ☐ Trial on _____; or ☐ Sentencing on _____  ☐ Set by separate Order.