IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cr-89-WKW |
| | ) |
| FREEMAN STEVENSON, JR., | ) |

**ORDER**

In light of the defendant's plea of guilty, it is ORDERED that the motions in limine (Docs. # 50, # 51, # 52, and # 53) are DENIED as MOOT.

Done this 29th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE