IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-89-WKW |
| | ) | |
| FREEMAN STEVENSON, JR., | ) | |

**<u>ORDER</u>**

Before the court is the United States of America's Motion to Add Publication Dates to Record (Doc. # 90). It is ORDERED that the motion is GRANTED.

DONE this 21st day of May, 2007.

                        /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE