AO 245B   (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

**DEFENDANT:** FREEMAN STEVENSON, JR.
**CASE NUMBER:** 2:06cr89-WKW

RECEIVED
2007 JUN -4 P 1: 15

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

41 Months to run concurrently with any pending sentence imposed by the State of Alabama in the Circuit Court of Montgomery County, Alabama, Case No. CC-06-422.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that defendant be designated to a facility where intensive drug treatment is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on   May 25, 2007   .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED
JUN - 8 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   5-25-07   to   FCC Forrest City LA
at   Forrest City Ark  , with a certified copy of this judgment.

T. C. Outlaw   WARDEN
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL