IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL ACTION NO. |
| ) | 2:06cr089-01-WKW |
| FREEMAN STEVENSON ) | |

## ORDER

This case is before the court on the issue of whether the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. 3582(c)(2). It is hereby ORDERED that the matter is referred to Senior Judge Truman M. Hobbs for consideration.

The Court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is further

ORDERED that the Federal Defender is hereby appointed to represent the defendant during the proceedings currently pending before the court.

DONE this 3rd day of April, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE