AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

MIDDLE           DISTRICT OF           ALABAMA

UNITED STATES OF AMERICA

V.

FREEMAN STEVENSON

**NOTICE**

CASE NUMBER: 2:06cr89-001-WKW

TYPE OF CASE:

☐ **CIVIL**      X **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Frank M. Johnson U. S. Courthouse Complex<br>One Church Street<br>Montgomery, Alabama | Judge Hobbs's Chambers (D300) |
|  | DATE AND TIME |
|  | April 10, 2008, 10:00 AM |

TYPE OF PROCEEDING

STATUS CONFERENCE (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense - 18:3582) before Judge Truman M. Hobbs

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex<br>One Church Street<br>Montgomery, AL 36104 | | |

DEBRA P. HACKETT, CLERK, U S DISTRICT COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 7, 2008                           s/ Sheila Carnes
DATE                                    (BY) DEPUTY CLERK