IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-089-01-WKW** |
| | ) | |
| **FREEMAN STEVENSON** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia Kemp, and enters her appearance as counsel for **FREEMAN STEVENSON**, in the above-styled matter.

Dated this 8th day of April 2008.

Respectfully submitted,

s/Patricia Kemp
PATRICIA KEMP
ASB-4592-R80K
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: patricia_kemp@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-CR-089-01-WKW** |
| ) | |
| **FREEMAN STEVENSON** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Assistant United States Attorney.

Respectfully submitted,

**s/Patricia Kemp
PATRICIA KEMP
ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: patricia_kemp@fd.org