IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 2:06-cr-89-WKW |
| FREEMAN STEVENSON | ) | |
| | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Susan R. Redmond, and enters her notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 8th day of April, 2008.

                                          LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        /s/ Susan R. Redmond
                                        SUSAN R. REDMOND
                                        Assistant United States Attorney
                                        Post Office Box 197
                                        Montgomery, Alabama 36101-0197
                                        (334) 223-7280
                                        (334) 223-7138 fax
                                        susan.redmond@usdoj.gov

### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CR. NO. 2:06-cr-89-WKW** |
| **FREEMAN STEVENSON** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Esquire, and Patricia Kemp, Esquire.

Respectfully submitted,

/s/ Susand R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7138 fax
susan.redmond@usdoj.gov