# UNITED STATES DISTRICT COURT
for the

MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| FREEMAN STEVENSON, JR ) | Case No: 2:06cr89-001-WKW |
|  ) | USM No: 11941-002 |
| Date of Previous Judgment: April 11, 2007 ) | Christine Freeman/Patricia Kemp |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __41__ months **is reduced to 33 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 19 | Amended Offense Level: | 17 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 33 to 41 months | Amended Guideline Range: | 27 to 33 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

This was an 18 USC 922(g) conviction with a cross-reference to USSG 2D1.1 based on an underlying drug offense.

Except as provided above, all provisions of the judgment dated __04/11/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 11, 2008

_Truman M. Hobbs_
Judge's signature

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE
Printed name and title

Effective Date: _____
(if different from order date)